JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARINA LINCOLN, INC., a California corporation; and Does 1-10,<br><br>Defendant. | Case No.: CV 21-7042-DMG (MRWx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [32]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation for dismissal of the above-captioned action,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant Marina Lincoln, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs. All scheduled dates and deadline are VACATED.

DATED: July 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE